## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:13-CR-00263-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RASHON DONTE HUNTER (4) | ) | |
| | ) | |

 

**THIS MATTER** is before the Court upon the defendant's pro se motion again asking that his federal sentence be ordered to run concurrently with a subsequent state sentence nunc pro tunc. (Doc. No. 441).

The Court denied the previous motion, (Doc. No. 427: Motion; Doc. No. 432: Order), and the instant motion provides no basis to alter that ruling.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 441), is **DENIED**.

Signed: August 10, 2017

Robert J. Conrad, Jr.
United States District Judge