IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00263-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RASHON DONTE HUNTER (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for increased time in home confinement. (Doc. No. 456).

Title 18, United States Code, Section 3624(c) allows the Bureau of Prisons (BOP) to place a prisoner in pre-release custody under conditions, including home confinement, for the last portion of his sentence to prepare him for re-entry into the community. The Second Chance Act of 2007, among other things, expanded the allowable time period for pre-release custody from six to twelve months, but limits the time in home confinement to six months. Pub. L. No. 110 199, § 251, 122 Stat. 657, 692-93 (2008). The Act clearly states that it does not alter the BOP's authority to designate the place of the prisoner's imprisonment under 18 U.S.C. § 3621 and prohibits a court from ordering that a sentence be served in a community confinement facility. Id. The First Step Act of 2018 amended § 3624(c) by adding a sentence directing the BOP to place qualifying prisoners on home confinement for the maximum amount of time permitted. Sec. 602, Pub. L. 115-135 (2018).

The defendant states the BOP has designated him for two months' home confinement beginning in December 2020, but he seeks six months beginning in August. (Doc. No. 456: Motion at 1). Although the Court appreciates the

defendant's efforts to improve himself during confinement, his plans for employment after release, and his desire to care for his grandmother, the Court is without authority to increase his time in home confinement.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation Office.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge